# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TERRY JORDAN,<br><br>   Plaintiff,<br><br>vs.<br><br>SWIFT & COMPANY,<br><br>   Defendant. | No. C10-0021-LRR<br><br>ORDER |

   This matter is before the court pursuant to the plaintiff's application to proceed in forma pauperis and several other documents. The clerk's office filed all of the documents on February 10, 2010.

   The plaintiff's application to proceed in forma pauperis is not complete; the plaintiff did not completely answer the questions that are included on the forms he submitted. And, the plaintiff did not fill out the form that is typically utilized by individuals who are not confined in a prison. Accordingly, the plaintiff is directed to file an amended application to proceed in forma pauperis by no later than March 30, 2010. The clerk's office is directed to send form AO 240 (Rev. 06/09) to the plaintiff.

   With respect to the other documents, the plaintiff is directed to file a complaint that complies with the Federal Rules of Civil Procedure by no later than March 30, 2010. *See* Fed. R. Civ. P. 8 (addressing general rules of pleading). The complaint should stand on its own, that is, include a short and plain statement of the grounds for the court's jurisdiction, a short and plain statement of the claim showing that he is entitled to relief and a demand for the relief sought. The plaintiff is directed not to refer the court to attached exhibits. In addition, the plaintiff is directed to acquire all of the documents that

were filed in the related state court case, that is, the case he filed in the Iowa District Court for Linn County, and submit them to the court by no later than March 30, 2010. *See Jordan v. Swift & Company*, Case No. CVCV065658 (Linn County Dist. Ct. 2009).

The court reserves ruling on the plaintiff's application to proceed in forma pauperis and other documents.[1] If the plaintiff fails to comply with this order, the clerk's office is directed to dismiss the instant action.

**IT IS SO ORDERED**

**DATED** this 3rd day of March, 2010.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

---

[1] The court notes the following. By establishing a deadline of March 30, 2010 to file appropriate documents, the instant order never determined whether the plaintiff filed documents in a manner that prevent the applicable statute of limitation from running. Stated differently, filing appropriate documents by March 30, 2010 may not prevent the case from being dismissed under the applicable statute of limitation.